UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60114-CIV-ROSENBAUM/HUNT

FRANK MANFRED II,

      Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., and
JOHN DOES 1-3

      Defendants.
_____/

**FINAL ORDER OF DISMISSAL**

This matter is before the Court upon the parties' Joint Stipulation for Dismissal Without Prejudice. [D.E. 12]. In this filing, the parties stipulate to the dismissal without prejudice of this case pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P. Upon consideration, it is hereby **ORDERED and ADJUDGED** that the parties' Joint Stipulation for Dismissal Without Prejudice [D.E. 12] is approved and adopted, and the above-styled case is hereby **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own attorney's fees and costs. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 6th day of May 2013.

                                                ROBIN S. ROSENBAUM
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record